IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL ALLEN BYRAM,<br>Administrator of the Estate<br>and Natural Father of<br>JOHNATHON BYRAM, deceased, | : <br> : <br> : <br> : <br> : | |
| Plaintiff | : <br> : | |
| vs. | : <br> : | No. 3:10-CV-593 |
| MARK T. RENEHAN,<br>THOMAS (a/k/a TODD) S. RENEHAN,<br>BETH L. RENEHAN, JAMES<br>RENEHAN, PATRICIA RENEHAN<br>and<br>JOSEPH CONNORS, JR. | : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants | : | |

**PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES OF
DEFENDANTS, MARK RENEHAN, THOMAS S. RENEHAN AND BETH L. RENEHAN**

1-4.   These are legal conclusions necessitating no answer pursuant to the Federal Rules of Civil Procedure.  Alternatively, however, if the Court determines a responsive pleading is necessary, Plaintiff specifically denies each of the Defendants' allegations and maintains that Plaintiff's decedent was an innocent victim of the Defendants' negligent, careless and reckless conduct as stated in Plaintiff's Complaint which is incorporated herein by reference as if fully set forth at length.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter Judgment in his favor and against the Defendants.

    Respectfully submitted,

    Foley, McLane, Foley, McDonald & MacGregor, P.C.


    By:    /s/ Kevin P. Foley
        Kevin P. Foley, Esquire
        600 Linden Street
        P.O. Box 1108
        Scranton, PA   18501-1108
        Telephone #(570)342-8194
        Attorney ID #53067