# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ALLEN BYRAM, Administrator of the Estate and Natural Father of JOHNATHON BYRAM, deceased,<br><br>Plaintiff<br><br>v.<br><br>MARK T. RENEHAN; THOMAS (a/k/a TODD) S. RENEHAN; BETH L. RENEHAN; JAMES RENEHAN; PATRICIA RENEHAN and JOSEPH CONNORS, Jr.,<br><br>Defendants | CIVIL ACTION NO. 3:10-CV-593<br><br>(JUDGE CAPUTO) |



FILED
SCRANTON
AUG 17 2011
Per_____
DEPUTY CLERK

## CASE MANAGEMENT ORDER

A case management conference was conducted in the above-captioned matter on April 8, 2011. Participating on behalf of Plaintiff was Kevin P. Foley, Esquire. Participating on behalf of Defendants were James J. Dodd-o, Esquire, John S. Tucci, Jr., Esquire, Harry T. Coleman, Esquire and John I. Gordon, Esquire. The purpose of this order is to set forth the pretrial schedule established as a result of the conference. **IT IS HEREBY ORDERED** that:

1. Pursuant to the Expense and Delay Reduction Plan adopted by this court, this case is assigned to the "standard" case management track, and shall be placed on the **May, 2012** trial list of this court. **The trial will not be continued because the parties wish to mediate or engage in other alternative dispute resolution. Any mediation or alternative dispute resolution should take place so as not to cause**

a request for a delay of the trial.

2. Motions to amend pleadings shall be filed on or before **September 1, 2011 by Plaintiff and September 15, 2011 by Defendant.**

3. All fact discovery shall be commenced in time so as to be completed by **September 30, 2011. Continuing with discovery beyond the cutoff dates in this Case Management Order will NOT delay trial.**

4. Plaintiffs shall comply with the requirements of Fed. R. Civ. P. 26(a)(2) with respect to expert witnesses no later than **October 31, 2011.** Defendants shall comply with the requirements of Fed. R. Civ. P. 26(a)(2) with respect to expert witnesses no later than **November 30, 2011.** Supplemental Reports no later than **December 15, 2011.**

5. Disclosures required by Fed. R. Civ. P. 26(a)(3) shall be made by **October 31, 2011.**

6. All dispositive motions, along with supporting briefs, shall be filed by **October 31, 2011.** The deadline for in limine motions will be set by further order of this court.

7. A pretrial conference will be held in **April, 2012**, date and time to be announced, in my chambers, Suite 235, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania. Since settlement will be discussed at the pretrial conference, counsel and/or others with settlement authority shall be present at the pretrial conference.

8. No discovery motions shall be filed until after the disputing parties have conferred with the court in an effort to resolve the discovery dispute. The discovery conference with the

-2-

court may be conducted by telephone at the request of any of the disputing parties.

      9. The Court will take no action based on correspondence. Counsel must adhere to the motion practice set forth in the rules.

Date: August 16, 2011

A. Richard Caputo
United States District Judge