IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ALLEN BRYAM, Administrator of the Estate and Natural Father of JOHNATHON BYRAM, deceased, | : : : : |
| Plaintiff | : CIVIL ACTION : : |
| v. | : |
| MARK T. RENEHAN ;THOMAS (a/k/a TODD) S. RENEHAN; BETH L. RENEHAN; JAMES RENEHAN; PATRICIA RENEHAN and JOSEPH CONNORS, JR. | : : : : : : |
| Defendants | : No. 3:10-CV-593 |

## WITHDRAWAL OF APPEARANCE

TO:   CLERK OF COURTS:

Kindly withdraw my appearance on behalf of Defendants, Mark T. Renehan, Thomas (a/k/a Todd) S. Renehan and Beth L. Renehan, in the above-referenced matter.

Respectfully submitted;

Marshall, Dennehey, Warner,
Coleman & Goggin

By:   ___/s/ Alicia M. Caridi_____
Alicia M. Caridi, Esquire
I.D. #88420
P.O. Box 3118
Scranton, PA  18505-3118
(570)496-4600

## CERTIFICATE OF SERVICE

I, Alicia Caridi, Esquire, attorney for the Defendants hereby certifies that I have this 20th day of September, 2011, served a true and correct copy of the foregoing, Withdrawal of Appearance, via electronic mail, upon the following individual(s):

Kevin P. Foley, Esquire
Foley, McLane, Foley, McDonald & MacGregor
800 Linden Street
P.O. Box 1108
Scranton, PA 18501-1108

Harry T. Coleman, Esquire
41 N. Main Street
3rd Floor - Suite 316
Carbondale, PA 18407

James J. Dodd-o, Esquire
Thomas, Thomas & Hafer, LLP
3101 Emrick Blvd
Suite 310
Bethlehem, PA 18020

Jack Tucci, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103

John Gordon, Esquire
632 Germantown Pike
Layeffette Hill, PA 19444

/s/ *Alicia M. Caridi*
Alicia M. Caridi