

**O'Donnell**

VIA TELEFAX (570) 823-4900
& REGULAR MAIL

267 Wyoming Avenue
Kingston, PA 18704
570.821.5717  fax 570.821.5799
www.odonnell-law.com

Neil T. O'Donnell, Esq. *
Catherine R. O'Donnell, Esq.†
Ann O. Farias, Esq. ††
Michael A. O'Donnell, Esq.

December 27, 2011

Honorable A. Richard Caputo
Judge
Max Rosenn United States Courthouse
197 S. Main St., Ste. 235
Wilkes Barre, PA 18701

Re:    BYRAM V. RENEHAN
       NO. 3:10-CV-00593-ARC

FILED
SCRANTON

DEC 2 8 2011

_____
DEPUTY CLERK

Dear Judge Caputo:

I am pleased to inform Your Honor that, following a full day mediation and several subsequent post-mediation conference calls, this matter has been resolved.

Candidly, this matter would not have been resolved without the absolute professionalism and extraordinary efforts of all counsel for the Plaintiffs and the Defendants.

The parties have requested Your Honor to enter a thirty (30) day Order of Dismissal.

Thank you for the opportunity to serve to assist the Court. I hope things are well with you and your family. Happy New Year.

Respectfully,

NEIL T. O'DONNELL, ESQ.

NTO:tjk
cc:    Joseph A. Barrett, Esq., Middle District Mediation Coordinator
       Kevin P. Foley, Esq.
       Harry T. Coleman, Esq.
       James J. Dodd-O, Esq.
       James J. Wilson, Esq.
       John I. Gordon, Esq.
       John S. Tucci, Jr., Esq.
       Joseph A. Murphy, Esq.
       Randolph T. Borden, Esq.
       Mark Zimmer, Esq.

*Board certified as a Civil Trial Advocate by the National Board of Trial Advocacy
†Also Admitted in District of Columbia and Attained M.B.A.
††Also Admitted in California