# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ALLEN BYRAM, Administrator of the Estate and Natural Father of JOHNATHON BYRAM, deceased, | CIVIL ACTION NO. 3:10-CV-593 |
| Plaintiff | (JUDGE CAPUTO) |
| v. | FILED SCRANTON |
| MARK T. RENEHAN; THOMAS (a/k/a TODD) S. RENEHAN; BETH L. RENEHAN; JAMES RENEHAN; PATRICIA RENEHAN and JOSEPH CONNORS, Jr., | DEC 2 8 2011 PER _____ DEPUTY CLERK |
| Defendants | |

## ORDER

**NOW,** this 28th day of December, 2011, the Court having been notified that the above case has been settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within thirty (30) days of the date of this Order if settlement is not consummated.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge